**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6442**

———————————

JERMAINE A. BOLLING,

                                        Petitioner - Appellant,

        versus

PATRICK CONROY, Warden,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-3810-JFM)

———————————

Submitted:  May 11, 2000                 Decided:  May 18, 2000

———————————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jermaine A. Bolling, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, Jason Frederick Trumpbour,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jermaine A. Bolling seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bolling v. Conroy, No. CA-99-3810-JFM (D. Md. Mar. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED